# Court of Appeals
# of the State of Georgia

ATLANTA, __June 13, 2024_____

*The Court of Appeals hereby passes the following order:*

## A24A1607. KAREN TORRES v. DOMINIUM MANAGEMENT et al.

This case originated as a dispossessory action in magistrate court. Following an adverse ruling by the magistrate court, Karen Torres appealed de novo to the superior court. The superior court entered a final judgment and writ of possession against Torres, and she has filed a notice of appeal to this Court. We lack jurisdiction.

Because the appeal to this Court is from the decision of a superior court reviewing de novo the decision of a magistrate court, Torres was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Torres's failure to file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__06/13/2024_____*
         *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*